THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ROBERT S. BLENDHEIM, et al., <br><br> Appellants, <br><br> v. <br><br> NOTE HOLDER, et al., <br><br> Appellees. | CASE NO. C16-1376-JCC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Appellee's motion for extension of time to file brief (Dkt. No. 17). Currently before the Court is Appellee's motion to dismiss appeal (Dkt. No. 14) that notes on February 3, 2017. Appellee's seek an extension of ten days following this Court's ruling on the motion to dismiss to avoid confusion of the issues and a rushed briefing schedule in the event the Court retains the appeal. (Dkt. No. 17 at 3.) Appellee's motion for an extension of time is GRANTED. The filing date for Appellee's response brief is set for ten days following this Court's order on the motion to dismiss. In the event the Court retains the appeal, it will set the new briefing deadlines and noting date in its order.

//

//

DATED this 25th day of January 2017.

William M. McCool<br>
Clerk of Court<br>
<br>
/s/Paula McNabb<br>
Deputy Clerk